1  Rex M. Clack, Esq. (SBN 59237)
   rclack@sc-law.us
2  David E. Russo, Esq. (SBN 112023)
   drusso@sc-law.us
3  STERLING & CLACK
4  A Professional Corporation
   101 Howard Street, Suite 400
5  San Francisco, California 94105
6  Telephone: (415) 543-5300
   Facsimile: (415) 543-3335
7
8  Attorneys for Defendant
   GOLDEN GATE BRIDGE, HIGHWAY &
9  TRANSPORTATION DISTRICT

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14  SUSAN E. THOMSON,                )   Case No.: C 11-01883 EMC
                                     )
15              Plaintiff,           )   STIPULATION FOR EXTENSION OF
          vs.                        )   TIME TO ANSWER OR OTHERWISE
16                                   )   RESPOND TO COMPLAINT
17  GOLDEN GATE BRIDGE, HIGHWAY &    )
    TRANSPORTATION DISTRICT,         )   ORDER
18                                   )
            Defendant.                )
19                                   )
                                     )
20                                   )

21

22  //
23  //
24  //
25  //
26  //
27  //
28  //

                                 1

1  Plaintiff SUSAN E. THOMSON ("Plaintiff") and Defendant GOLDEN GATE BRIDGE,
2  HIGHWAY & TRANSPORTATION DISTRICT ("Defendant"), by and through their respective
3  counsel of record, hereby stipulate that pursuant to Local Rule 6-1(a), defendant may have an
4  extension of time to and including July 18, 2011 to file an answer or other response to the
5  complaint.

7  SO STIPULATED:

9  Dated: 5/26/11

   STERLING & CLACK

   By: _____
   David E. Russo
   Attorneys for Defendant
   GOLDEN GATE BRIDGE, HIGHWAY &
   TRANSPORTATION DISTRICT

15 Dated: 6/25/11

   LAW OFFICES OF LYLE C. CAVIN, JR.

   By: _____
   Lyle C. Cavin, Jr.
   Attorneys for Plaintiff
   SUSAN E. THOMSON

20 215880/P/Stip Re Extension to Respond to Complaint

22 IT IS SO ORDERED:

24 _____
25 Edward M. Chen
   U.S. District Judge

   IT IS SO ORDERED
   Judge Edward M. Chen
   UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION FOR EXTENSION OF TIME TO ANSWER          Case No. C 11-01883 EMC
OR OTHERWISE RESPOND TO COMPLAINT