Christopher Goodroe, Esq. (SBN 224386)
cgoodroe@sealawyer.com
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Ste. 102
Oakland, CA 94607
Telephone: (510) 444-2501
Facsimile: (510) 444-4209

Attorneys for Plaintiff
SUSAN E. THOMSON

Rex M. Clack, Esq. (SBN 59237)
rclack@sc-law.us
David E. Russo, Esq. (SBN 112023)
drusso@sc-law.us
STERLING & CLACK
A Professional Corporation
101 Howard Street, Suite 400
San Francisco, California 94105
Telephone: (415) 543-5300
Facsimile: (415) 543-3335

Attorneys for Defendant
GOLDEN GATE BRIDGE, HIGHWAY &
TRANSPORTATION DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN E. THOMSON, <br><br> Plaintiff, <br> vs. <br><br> GOLDEN GATE BRIDGE, HIGHWAY & TRANSPORTATION DISTRICT, <br><br> Defendant. | Case No.: C 11-01883 EMC <br><br> **[PROPOSED] ORDER CONTINUING DEADLINE FOR MEDIATION AND CONTINUING STATUS CONFERENCE** |

1

1 | Having reviewed the parties' Stipulation and request to continue the mediation deadline from November 1, 2011 to November 20, 2011 and concurrently continue the Status Conference now scheduled for November 7, 2011, and finding GOOD CAUSE established thereby,

IT IS HEREBY ORDERED:

1. The mediation deadline of November 1, 2011 is vacated and the new deadline shall be November 20, 2011;

2. The ~~further~~ Status Conference scheduled for November 7, 2011 is continued to December 2, 2011 ~~November 28, 2011~~ at 10:30 a.m.; and

3. The parties shall file a Joint Status Report by November ~~21~~ 25, 2011.

Dated: October 5, 2011



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

215880/P/ProposedOrderCont.MEdandContSC

[PROPOSED] ORDER CONTINUING DEADLINE FOR MEDIATION AND CONTINUING STATUS CONFERENCE — Case No. C 11-01883 EMC