Rex M. Clack, Esq. (SBN 59237)
rclack@sc-law.us
David E. Russo, Esq. (SBN 112023)
drusso@sc-law.us
STERLING & CLACK
A Professional Corporation
101 Howard Street, Suite 400
San Francisco, California 94105
Telephone: (415) 543-5300
Facsimile: (415) 543-3335

Attorneys for Defendant
GOLDEN GATE BRIDGE, HIGHWAY &
TRANSPORTATION DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN E. THOMSON, <br><br> Plaintiff, <br> vs. <br><br> GOLDEN GATE BRIDGE, HIGHWAY & TRANSPORTATION DISTRICT, <br><br> Defendant. | Case No.: C 11-01883 EMC <br><br> **NOTICE OF SETTLEMENT** <br> ORDER VACATING TRIAL AND TRIAL RELATED DATES AND RESETTING FURTHER CMC |

//
//
//
//
//
//
//
//

1

NOTICE OF SETTLEMENT           Case No. C 11-01883 EMC

1  To the Court and All Parties:

2  Defendant Golden Gate Bridge, Highway & Transportation District hereby gives notice that
3  the parties hereto have reached an agreement for settlement. Upon full execution of a Release and
4  Settlement Agreement and payment of settlement funds, which matters are in progress, the parties
5  will file a Stipulation for Dismissal With Prejudice and Proposed Order for Dismissal. It is
6  presently anticipated that this should be accomplished in approximately two to three weeks.

9  Dated: 1/20/12

STERLING & CLACK

By: *[signature]*

David E. Russo
Attorneys for Defendant
GOLDEN GATE BRIDGE, HIGHWAY &
TRANSPORTATION DISTRICT

215880/P/Notice of Settlement

IT IS SO ORDERED that the trial and trial related dates are hereby vacated. A further cmc is set for 3/2/12 at 10:30 a.m. An updated CMC statement shall be filed by 2/24/12. The 3/2/12 Further CMC will be vacated once a stipulation for dismissal is filed.

_____
Edward M. Chen
U.S. District Judge

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*

NOTICE OF SETTLEMENT                                        Case No. C 11-01883 EMC