Rex M. Clack, Esq. (SBN 59237)
rclack@sc-law.us
David E. Russo, Esq. (SBN 112023)
drusso@sc-law.us
STERLING & CLACK
A Professional Corporation
101 Howard Street, Suite 400
San Francisco, California 94105
Telephone:  (415) 543-5300
Facsimile:  (415) 543-3335

Attorneys for Defendant
GOLDEN GATE BRIDGE, HIGHWAY &
TRANSPORTATION DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN E. THOMSON, | Case No.: C 11-01883 EMC |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | ORDER VACATING TRIAL AND TRIAL RELATED DATES AND RESETTING FURTHER CMC |
| GOLDEN GATE BRIDGE, HIGHWAY & TRANSPORTATION DISTRICT, | |
| Defendant. | |

//
//
//
//
//
//
//
//

1

To the Court and All Parties:

Defendant Golden Gate Bridge, Highway & Transportation District hereby gives notice that the parties hereto have reached an agreement for settlement.  Upon full execution of a Release and Settlement Agreement and payment of settlement funds, which matters are in progress, the parties will file a Stipulation for Dismissal With Prejudice and Proposed Order for Dismissal.  It is presently anticipated that this should be accomplished in approximately two to three weeks.

Dated: 1\20\12

STERLING & CLACK

By: _____
David E. Russo
Attorneys for Defendant
GOLDEN GATE BRIDGE, HIGHWAY &
TRANSPORTATION DISTRICT

215880/P/Notice of Settlement

IT IS SO ORDERED that the trial and trial related dates are hereby vacated.  A further cmc is set for 3/2/12 at 10:30 a.m.  An updated CMC statement shall be filed by 2/24/12.  The 3/2/12 Further CMC will be vacated once a stipulation for dismissal is filed.

_____
Edward M. Chen
U.S. District Judge



NOTICE OF SETTLEMENT

Case No. C 11-01883 EMC