Rex M. Clack, Esq. (SBN 59237)
rclack@sc-law.us
David E. Russo, Esq. (SBN 112023)
drusso@sc-law.us
STERLING & CLACK
A Professional Corporation
101 Howard Street, Suite 400
San Francisco, California 94105
Telephone: (415) 543-5300
Facsimile: (415) 543-3335

Attorneys for Defendant
GOLDEN GATE BRIDGE, HIGHWAY &
TRANSPORTATION DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN E. THOMSON, | ) Case No.: C 11-01883 EMC |
| Plaintiff, | ) |
| vs. | ) [~~PROPO~~SED] ORDER OF DISMISSAL |
| | ) WITH PREJUDICE |
| GOLDEN GATE BRIDGE, HIGHWAY & TRANSPORTATION DISTRICT, | ) |
| Defendant. | ) |

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that the above-entitled action be and is hereby dismissed in its entirety and with prejudice, each party to bear its own costs and attorney's fees.

Dated: 2/16/12

_____
U.S. DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

215880/P/[Proposed]OrderDismissal

1

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE        Case No. C 11-01883 EMC